UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LINDA COOK, *in pro per*

                              Plaintiff,

        vs.

Ben Hossienzadeh, in his individual capacity,
Jeri Breazeal, in her individual capacity,
Crystal Correa, in her individual capacity, and
Does # 1 – 100, in their individual capacities

                              Defendants.

)
)
) Case No. 2:25-cv-02013-JHC
)
) ORDER
)
)
)
)
)
)
)
)

**I**

**INTRODUCTION**

This matter comes before the Court on Defendants Hossienzadeh, Breazeal and Correa's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b).  Dkt. # 16.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, for the reasons below, the Court GRANTS Defendants' Motion to Dismiss and GRANTS Plaintiff leave to amend her complaint.

//

//

ORDER - 1

## II

### BACKGROUND

Pro se Plaintiff Linda Cook brought this case against two King County code enforcement officers, an attorney at the King County Prosecuting Attorney's Office, and unnamed defendants. Dkt. # 1.  The Complaint alleges, among other things, that "pursuant to the Supremacy Clause and the United States' grant without exception of the Land and its right to the Land to assigns such as Ms. Cook, the local [(King County)] codes conflict with, and are thus void and unenforceable as applied to, Ms. Cook's exclusive right to regulate her own use and enjoyment of her Land and her absolute immunity from Defendants' regulation." *Id.* at 4–5.

Citing Rule 12(b), Defendants move to dismiss the Complaint on various grounds.  Dkt. # 16.

## III

### DISCUSSION

A.    Claims Against Defendant Breazeal

Plaintiff "does not oppose dismissal of all claims against Defendant Breazeal due to her death." Dkt. # 30 at 4.  Also, Plaintiff does not respond to Defendants' arguments regarding compliance with RCW Chapter 11.40.  Thus, the Court dismisses all claims against Defendant Breazeal with prejudice.

B.    State-Law Claims

Plaintiff presents no opposition to the request to dismiss her state-law claims.  *See generally* Dkt. # 30.  Thus, the Court deems those claims abandoned and dismisses them with prejudice.  *See Walsh v. Nevada Dep't of Hum. Res.*, 471 F.3d 1033, 1037 (9th Cir. 2006).

ORDER - 2

C.      Federal Claims

Plaintiff offers no substantive response to Defendants' arguments regarding Defendant Correa's entitlement to prosecutorial immunity, and Defendants Correa's and Hossienzadeh's entitlement to qualified immunity.  *See generally* Dkt. # 30.  The same goes for Defendants' Rule 12(b)(6) arguments as to Plaintiff's § 1983 claims.  *Id.*  The Court finds Defendants' arguments persuasive.  It also finds Plaintiff's argument—that there is some sort of hitherto unrecognized federal right to immunity from local zoning regulations—patently unpersuasive.  The Court thus dismisses Plaintiff's federal claims without prejudice and with leave to amend.

# IV

## CONCLUSION

For the reasons above, the Court GRANTS Defendants' Motion to Dismiss (Dkt. # 16).  The Court DISMISSES with prejudice all claims against Defendant Breazeal and all state-law claims in the Complaint.  The Court DISMISSES the federal claims without prejudice.  The Court GRANTS Plaintiff leave to amend the Complaint.  Any such amended complaint must be filed on or before March 6, 2026, and may not include any claim dismissed with prejudice in this Order.

DATED this 20th day of February, 2026.

John H. Chun
_____
JOHN H. CHUN
United States District Judge

ORDER - 3