UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

LINDA COOK,

                     Plaintiff,

vs.

Ben Hossienzadeh, in his individual capacity,
Crystal Correa, in her individual capacity, and
King County,

                     Defendants.

Case No. 2:25-cv-02013-JHC

STIPULATED MOTION AND ORDER
TO EXTEND INITIAL SCHEDULING
DATES

Plaintiff Linda Cook and Defendants Ben Hossienzadeh, Crystal Correa, and King County jointly move the Court to extend the initial scheduling dates as set forth in its Order Regarding Initial Disclosures. (Dkt. 37). In support of this Stipulated Motion, the Parties state the following:

1. Plaintiff filed the Amended Complaint in this matter on March 9, 2026. (Dkt. 33).

2. On April 17, 2026, Defendants filed a Motion to Dismiss which is noted for May 15, 2026. (Dkt. 35).

3. On April 20, 2026, the Court entered an order establishing Initial Scheduling Dates, setting the deadline for Deadline for FRCP 26(f) Conference for May 4, 2026, Initial Disclosures pursuant to FRCP 26(a)(1) for May 18, 2026, and submission for the Combined Joint Status

STIPULATED MOTION & ORDER TO EXTEND INITIAL
SCHEDULING DATES (2:25-cv-02013-JHC) - 1

and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f) for May 26, 2026. (Dkt 37).

4. On April 20, 2026 Plaintiff filed her Response Opposing Defendants' Motion to Dismiss.

5. The parties jointly request the deadlines for the FRCP 26(f) conference, Initial Disclosures and submission of the Combined Joint Status Report and Discovery Plan be extended in light of the pending dispositive motion.

For the foregoing reasons, the Parties therefore jointly and respectfully request that the Court modify the Initial Scheduling dates in this matter as follows:

| Event | Revised Date |
| --- | --- |
| FRCP 26(f) conference | Date to be determined by the Court following decisions on the pending motions |
| Initial Disclosures | Date to be determined by the Court following decisions on the pending motions |
| Combined Joint Status Report and Discovery Plan | Date to be determined by the Court following decisions on the pending motions |

IT IS SO STIPULATED THROUGH DEFENDANTS' COUNSELS OF RECORD AND PLAINTIFFS.

Respectfully submitted this 30th day of April, 2026.

s/ [Signature at Dkt. # 40]
Linda Cook
10503 268th Ave NE
Carnation, WA 98014
Plaintiff Pro Se
cooksfarm268@gmail.com

s/ Youn-Jung Kim
YOUN-JUNG KIM (she/her), WSBA #23516
SHANE C. WOERNER, WSBA #49251
Senior Deputy Prosecuting Attorneys
Attorneys for King County
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Phone: (206) 477-1120
jina.kim@kingcounty.gov
swoerner@kingcounty.gov

STIPULATED MOTION & ORDER TO EXTEND INITIAL
SCHEDULING DATES (2:25-cv-02013-JHC) - 2

**ORDER**

The Parties jointly moved the Court to extend the Initial Scheduling dates. The motion is GRANTED. Within ten court days of the ruling on the pending motion to dismiss, if this case is not dismissed in its entirety, the parties shall file a motion with proposed Initial Scheduling Dates.

DATED this 1st day of May, 2026.

*John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION & ORDER TO EXTEND INITIAL
SCHEDULING DATES (2:25-cv-02013-JHC) - 3